Form defntc

# UNITED STATES BANKRUPTCY COURT
### Northern District of Florida
Tallahassee Division

In Re:  Robert C. Wallerius
       SSN/ITIN: xxx–xx–9790
       Debtor

Bankruptcy Case No.:   10–40233–LMK

Chapter:  11
Judge:  Lewis M. Killian Jr.

## AMENDED CLERK'S DEFICIENCY NOTICE

NOTICE IS GIVEN THAT a deficiency exists (or deficiencies exist) with regard to the document(s) indicated below and/or that you have failed to file a document that is required by the court:

      Emp Inc Rcds / Stmt No Emp Inc due 03/29/2010
      Chapter 11 Means Test due 03/29/2010
      Schedule A due 03/29/2010
      Schedule B due 03/29/2010
      Schedule D due 03/29/2010
      Schedule E due 03/29/2010
      Schedule F due 03/29/2010
      Schedule G due 03/29/2010
      Schedule H due 03/29/2010
      Statistical Summary (B6) due 03/29/2010
      Statement of Financial Affairs due 03/29/2010
      Statement of Intent due 04/14/2010
      Summary of Schedules due 03/29/2010

Please cure the above stated deficiencies by submitting the documents within the deadlines indicated for each document. Failure to file all required documents may result in your case being dismissed by the Court.

***Reason amended:***

      To list deficiencies due

Dated: 3/16/10

      William W. Blevins , Clerk of Court
      110 East Park Avenue
      Suite 100
      Tallahassee, FL 32301

Service to: All Parties in Interest