UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

ROBERT CHARLES WALLERIUS          CASE No. 10-40233-LMK

                                                            CHAPTER 11

Debtor.
_____/

UNITED STATES TRUSTEE'S
NOTICE OF APPEARANCE

PLEASE TAKE notice that the undersigned appears as counsel of record for the United States Trustee in the above referenced bankruptcy case.

RESPECTFULLY SUBMITTED this 16th day of March, 2010.

                                    DONALD F. WALTON
                                    United States Trustee
                                    Region 21

                                    /S/JASON H. EGAN
                                    Jason H. Egan
                                    Trial Attorney
                                    110 East Park Avenue, Suite 128
                                    Tallahassee, FL 32301
                                    850-521-5050
                                    FAX: 850-521-5055
                                    Florida Bar No. 0568351
                                    Email: jason.h.egan@usdoj.gov