**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:

ROBERT C. WALLERIUS                                          CASE NO.: 10-40233-LMK

    Debtor.                                                                  CHAPTER: 11
_____/

## ORDER DISMISSING CASE

THIS MATTER is before the Court *sua sponte*. On March 16, 2010, the Court issued an Order Directing Immediate Compliance (Doc. 6) directing the Debtor to file within five days a list containing the name and address of each creditor, failing which this case could be dismissed without further notice or hearing. More than five days having passed without compliance, it is hereby

ORDERED and ADJUDGED that this case is DISMISSED.

DONE and ORDERED at Tallahassee, Florida on this 1st day of April, 2010.

*/s/ Lewis M. Killian, Jr.*
LEWIS M. KILLIAN, JR.
United States Bankruptcy Judge

cc: all parties in interest